Name and Prisoner/Booking Number: Angel Gonzalez

Place of Confinement: CSP B7-125   AU3788

Mailing Address: P.o. Box 4000

City, State, Zip Code: Vacaville, CA. 95696

**FILED**

SEP 23 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGEL GONZALEZ,
(Full Name of Plaintiff)
Plaintiff,

v.

(1) JASON SCHULTZ CDCR ETAL.
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:24CV 2565 - CKD (PC)
(To be supplied by the Clerk)

" Jury Trial Demanded "

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: CSP. Solano State Prison

Revised 3/15/2016                                    1

☑ INDIVIDUAL CAPACITY    **B. DEFENDANTS**
☑ OFFICIAL CAPACITY

1. Name of first Defendant: **JASON SCHULTZ**_____. The first Defendant is employed as:
   _____Warden_____ at _____Solano State Prison___.
   (Position and Title)                      (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____ at_____.
   (Position and Title)                      (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at_____.
   (Position and Title)                      (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at_____.
   (Position and Title)                      (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __8th and 14th Amendment Violations__.

2. **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care

   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation

   ☐ Excessive force by an officer     ☐ Threat to safety     ☑ Other: __Personal injury__.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The Defendant failed to maintain a safe and secure facility. The table in the Chow Hall was missing screws and broke when I sat down. I fell to the floor and hurt my back. The defendant violated my rights by failing to perform regular maintenance at the prison.

   F.N. I am suing the Defendant(s) in their official capacity and their individual capacity.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I was injured by falling off a faulty table due to the defendant failing to perform regular maintenance.

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☑ Yes ☐ No

   b. Did you submit a request for administrative relief on Claim I?     ☑ Yes ☐ No

   c. Did you appeal your request for relief on Claim I to the highest level?     ☑ Yes ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim II.** Identify the issue involved.  Check **only one**.  State additional issues in separate claims.
   ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings    ☐ Property          ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                 ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?            ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?   ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?
      ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?
      ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?
      ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
      _____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I am requesting a Court order for a Preliminary Injunction
I ask the Court to order the prison to secure the Video Footage
for Friday 6th 2024 in the Chow hall. This Video Proves I was
injured.
Regular Damages in the amount of $250,000
Compensatory Damages in the amount of $250,000
Punitive Damages in the amount of $250,000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____9 - 19 - 24____

DATE                                             SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.