UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL GONZALEZ, | No. 2:24-cv-2565 CKD P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| JASON SCHULTZ, | |
| Defendant. | |

Plaintiff asks to be relieved of the e-filing requirements at California State Prison, Solano. Because plaintiff fails to point to any reason in support of his request, his request (ECF No. 4) is denied.

Dated: September 27, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
gonz2565.ef