UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL GONZALEZ,<br><br>            Plaintiff,<br><br>       v.<br><br>JASON SCHULTZ,<br><br>            Defendant. | No.  2:24-cv-2565 CKD P<br><br>ORDER AND<br><br><u>FINDINGS AND RECOMMENDATIONS</u> |

       Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983.  On September 30, 2024, the court screened plaintiff's complaint as the court must do under 28 U.S.C. § 1915A(a).  The court dismissed plaintiff's complaint with leave to amend. Plaintiff has now filed an amended complaint which the court screens.

       The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).

       As in his original complaint, plaintiff complains about conditions of confinement.  Specifically, he asserts that he fell to the ground after sitting on a table with missing screws. Plaintiff asserts this amounted to a violation of the Eighth Amendment.  However, plaintiff does not point to facts suggesting he has been subjected to "cruel and unusual punishment."  At most,

1  plaintiff's allegations amount to a California law tort claim.  Because this court does not have
2  jurisdiction to hear plaintiff's state law claim, 28 U.S.C. § 1330 et seq., plaintiff's amended
3  complaint must be dismissed.  The court has already given plaintiff one opportunity to amend his
4  pleadings to state a claim upon which he can proceed.  Giving plaintiff a second opportunity to
5  amend appears futile.

    In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case.

    IT IS HEREBY RECOMMENDED that this action be dismissed for failure to state a claim upon which relief can be granted.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 24, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
gonz2565.frs