UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JASON SCHULTZ,<br><br>　　　　Defendant. | No. 2:24-cv-02565-DAD-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 11) |

　　　　Plaintiff Angel Gonzalez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 25, 2025, the assigned magistrate judge screened plaintiff's first amended complaint ("FAC") and issued findings and recommendations recommending that this action be dismissed, without leave to amend, due to plaintiff's failure to state a cognizable claim upon which relief may be granted. (Doc. No. 11.) In particular, the magistrate judge observed that plaintiff brings an Eighth Amendment claim in connection with an incident during which "he fell to the ground after sitting on a table with missing screws," but he points to no facts suggesting that he has been subjected to cruel and unusual punishment. (*Id*. at 1.)

/////

1

1   Those pending findings and recommendations were served on plaintiff and contained
2 notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at
3 2.)  On March 7, 2025, plaintiff filed timely objections to the findings and recommendations.
4 (Doc. No. 12.)
5   In his objections, plaintiff does not meaningfully address the analysis in the findings and
6 recommendations.  Instead, plaintiff writes:  "I made a clear and decise [sic] claim in my
7 complaint that I was injured even going into detail how and who was responsible to dismiss this
8 complaint without due process is a clear violation of my rights.  I even pointed out what
9 Constitutional rights were violated, negligence on behalf of Jason Schultz for failure to maintain
10 proper seating for inmates."  (Doc. No. 12 at 1.)  While the court acknowledges that plaintiff's
11 FAC does contain details about when and where the table in question purportedly broke and that
12 plaintiff "fell to the floor and hurt [his] back," (Doc. No. 9 at 3), neither those details nor
13 plaintiff's objections provide any basis upon which to reject the pending findings and
14 recommendations.
15   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
16 *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's
17 objections, the court concludes that the findings and recommendations are supported by the
18 record and by proper analysis.
19   Accordingly,
20   1. The findings and recommendations issued on February 25, 2025 (Doc. No. 11) are
21    ADOPTED in full;
22   2. This action is DISMISSED due to plaintiff's failure to state a cognizable claim for
23    relief; and
24   3. The Clerk of the Court is directed to CLOSE this case.
25   IT IS SO ORDERED.
26 Dated: **June 9, 2025**
27         DALE A. DROZD
        UNITED STATES DISTRICT JUDGE
28